IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXAS INTERNATIONAL PRODUCE ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, et al., <br><br> Defendants. | 2:25-CV-261-Z |

## ORDER

Before the Court is Plaintiff's Motion for Preliminary Injunction ("Motion"), filed December 3, 2025. ECF No. 7. Because Plaintiff has not separately filed a motion and briefing for its preliminary injunction request, the Motion is not properly before the Court. *See* Local Rule 7.1(h) (requiring separate motion and briefing for preliminary injunctive relief); *see also BRS Mesa Vista Partners, LLC v. Mesa Vista Ranch, LLC*, No. 2:24-CV-022-Z, 2024 WL 4406951, at *4 (N.D. Tex. May 16, 2024) (refusing to consider a request for preliminary injunctive relief in a complaint without separate motion and briefing). Accordingly, Plaintiff's Motion (ECF No. 7) is **DENIED without prejudice** to filing a motion for preliminary injunctive relief in accordance with the Federal Rules of Civil Procedure and this Court's Local Rules.

**SO ORDERED.**

February 2, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE